## SAMSUNG ELECTRONICS CORPORATION, LTD.,
### Appellant

v.

### CCP SYSTEMS AG, Cross–Appellant.

### Nos. 2014–1401, 2014–1402.

United States Court of Appeals, Federal Circuit.

April 17, 2015.

David L. McCombs, Haynes & Boone, LLP, Richardson, TX, argued for appellant. Also represented by Debra Janece McComas, Dallas, TX.

Brian Robert Matsui, Morrison & Foerster LLP, Washington, DC, argued for cross-appellant. Also represented by Mehran Arjomand, Los Angeles, CA.

NEWMAN and LOURIE, Circuit Judges.*

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**